UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEREK B. BRETT, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED,

Plaintiffs,

-vs-  Case No. 6:08-cv-1168-Orl-28GJK

TOYOTA MOTOR SALES, U.S.A., INC.,,

Defendant.

## ORDER

This case is before the Court on Defendant's Motion to Dismiss (Doc. No. 25) filed September 10, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 29, 2008 (Doc. No. 76) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. No. 25) is **GRANTED** and the Complaint (Doc. No. 1) is dismissed .

3. Plaintiff is granted leave to file an amended complaint but must do so within eleven (11) days from the date of this Order.

DONE and ORDERED in Chambers, Orlando, Florida this ___15___ day of September, 2008.

 JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party